# United States Court of Appeals
## For the First Circuit

No. 20-1343

JESSICA FAGRE, as personal representative of the Estate of Ambroshia E. Fagre,

Plaintiff, Appellant,

v.

JEFFREY PARKS, Trooper,

Defendant, Appellee,

MARK BROWN, Chief of Police; SCOTT W. IRELAND, Lieutenant,

Defendants.

**JUDGMENT**

Entered: January 13, 2021

This cause came on to be heard on appeal from the United States District Court for the District of Maine and was argued by counsel.

Upon consideration whereof, it is now here ordered, adjudged and decreed as follows: The district court's grant of summary judgment is affirmed.

By the Court:

Maria R. Hamilton, Clerk

cc: Hunter J. Tzovarras, Jonathan Richard Bolton, Edward R. Benjamin Jr., Kasia Soon Park